IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20104
Conference Calendar
_____


ERIC BURRELL,

                                    Plaintiff-Appellant,

versus

METRO BUS COMPANY; BEN TAUB HOSPITAL;
WILLIAMS D. LEDBETTER,

                                    Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CV-4707
- - - - - - - - - - -
April 17, 1996

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Eric Burrell appeals the district court's dismissal of his 42 U.S.C. § 1983 complaint as frivolous under 28 U.S.C. § 1915(d) based on the statute of limitations.  Burrell's appeal is DISMISSED AS FRIVOLOUS for failure to identify any error in the district court's analysis.  See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987); 5th Cir. R. 42.2.  We caution Burrell that any additional frivolous

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appeals filed by him will invite the imposition of sanctions. To

avoid sanctions, Burrell is further cautioned to review any

pending appeals to ensure that they do not raise arguments that

are frivolous because they have been previously decided by this

court.

APPEAL DISMISSED; SANCTION WARNING ISSUED.